# Court of Appeals
# of the State of Georgia

ATLANTA,___March 20, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1295.  SATURDAY OLOGHOEJEBI v. ANITA ANDERSON.**

Anita Anderson filed a civil action against Saturday Ologhoejebi in the Municipal Court of Columbus and won a judgment of $840.00 plus court costs. Ologhoejebi has appealed that judgment directly to this Court.  We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000.00 or less must comply with the discretionary appeal procedures. Because this suit is an action for damages and the judgment entered was less than $10,000.00, Ologhoejebi was not entitled to a direct appeal, but instead had to file an application for discretionary appeal.  See *Jennings v. Moss*, 253 Ga. App. 357 (509 SE2d 655) (1998).  Ologhoejebi's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/20/2015____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*